Richey, Appellant, *v.* York County National Bank.

Argued May 15, 1940.

Before KELLER, P. J., CUNNINGHAM, BALDRIGE, STADTFELD, PARKER, RHODES and HIRT, JJ.

*Robert C. Fluhrer,* with him *Basil A. Shorb,* for appellant.

*Donald H. Yost,* with him *Jacob E. Weaver,* for appellee.

MEMORANDUM OPINION

PER CURIAM, October 9, 1940:

Five of the Judges of this court—two Judges dissenting—are of opinion that the judgment of the lower court should be affirmed; but a majority of the court are not in agreement as to the grounds on which the affirmance should rest.

Consequently, we shall do no more than enter a formal judgment.

Judgment affirmed.